IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RAYMOND E. SOMMERVILLE,       )
                              )
            Plaintiff,        )
                              )
      vs.                     )   Case No. 06-1110-JTM
                              )
MICHAEL J. ASTRUE, COMMISSIONER )
OF SOCIAL SECURITY,           )
                              )
            Defendant.        )
_____)

MEMORANDUM ORDER

On July 2, 2007, the United States Magistrate Judge entered a Recommendation and Report with respect to the present Social Security proceeding. The Magistrate Judge recommended that the decision of the Commissioner be reversed, and that the case be remanded with directions to award plaintiff disability insurance income benefits as of March 1, 1996.

No objections to the Recommendation and Report have been filed. Accordingly, the court hereby adopts the findings and conclusions of the report, and orders that the decision of the Commissioner be reversed, and that the case be remanded with directions to award plaintiff disability insurance income benefits as of March 1, 1996.

IT IS SO ORDERED this 24th day of July, 2007.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE